<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7180

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLARENCE ALFRED LINDSEY, a/k/a Cal, a/k/a
Clarence Lindsay,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-91-116-N)

Submitted: February 8, 2001      Decided: February 14, 2001

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Clarence Alfred Lindsey, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence A. Lindsey seeks to appeal the district court's order denying his motion for modification of sentence under 18 U.S.C. § 3582(c)(2) motion under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, regarding Lindsey's appeal of his § 3582(c)(2) motion, we affirm on the reasoning of the district court; regarding the appeal of Lindsey's § 2255 motion, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lindsey, No. CR-91-116-N (E.D. Va. May 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART